UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JORGE ANDRADE, | NO. SACV 12-1287-CJC (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| G. D. LEWIS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: October 29, 2014

CORMAC J. CARNEY
United States District Judge